# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK R. LOERA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 14-00397-DTB<br><br>ORDER TO SHOW CAUSE |

　　　　On March 16, 2015, the Court granted plaintiff's counsel's Motion to be Relieved as Counsel. It was ordered that Vijay J. Patel was relieved as counsel of record in this matter. Plaintiff was ordered to advise the Court, on or before April 3, 2015, of his desire to proceed in pro per or his desire to seek new counsel. Plaintiff was advised that in the event he failed to advise the Court of new counsel by that date, the Court would presume plaintiff intended to proceed pro se, representing himself, unless plaintiff advised the Court otherwise. The matter was stayed pending plaintiff's advisement to the Court regarding representation.

　　　　As plaintiff failed to advise the Court of his representation by new counsel or his desire to proceed pro se by April 3, 2015, the Court presumed plaintiff desire to proceed pro se. Accordingly, on April 22, 2015, the Court lifted the stay in this

1  matter and ordered that the parties Joint Stipulation be filed on or before June 5,
2  2015.
3       As plaintiff was now proceeding pro se, on May 7, 2015, defendant filed an Ex
4  Parte Application to Modify Case Management Order, which the Court granted on
5  May 11, 2015. Rather than filing a Joint Stipulation, the parties were to proceed with
6  this action by filing Motions for Summary Judgment. Plaintiff's Motion for Summary
7  Judgment was due on or before June 11, 2015.
8       More than sixty (60) days from the date plaintiff's Motion for Summary
9  Judgment was due has now elapsed, and plaintiff still has not filed a Motion for
10 Summary Judgment.
11      Accordingly, on or before **September 4, 2015**, plaintiff is ORDERED to either
12 (a) show good cause in writing, if any exists, why the Court should not recommend
13 that this case be dismissed for lack of diligent prosecution and/or failure to comply
14 with the Court's prior Order; or (b) file his Motion for Summary Judgment, along
15 with a proof of service reflecting such service.

17 DATED: August 20, 2015

                                            _____
                                            DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE