# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK R. LOERA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 14-00397-DTB<br><br>**J U D G M E N T** |

In accordance with the Order re Dismissal of Action for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 29, 2015

　　　　　　　　　　　　　　　　　　　／s／ David T. Bristow

　　　　　　　　　　　　　　　　THE HONORABLE DAVID T. BRISTOW
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE